**B6A (Official Form 6A) (12/07)**

In re <u>Stephen James Beals</u>            Case No. <u>14-54574</u>
           **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:02 - 30464-302Y-*****

In re   Stephen James Beals                                    Case No.   14-54574
          **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash<br>Home | | 0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account (#5819)<br>Chase Bank | | 253.49 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Misc. Furniture (no single item worth more than $550.00)<br>Home | | 550.00 |
| | | DVD<br>Home | | 25.00 |
| | | TV<br>Home | | 50.00 |
| | | Linens<br>Home | | 10.00 |
| | | China<br>Home | | 20.00 |
| | | Personal Computer | | 100.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:02 - 30464-302Y-*****

In re    Stephen James Beals                                    Case No.    14-54574
_____                                        _____
              **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Home | | |
| | | Appliances | | 100.00 |
| | | Home | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Wearing Apparel | | 300.00 |
| | | Home | | |
| 7.  Furs and jewelry. | | Jewelry | | 50.00 |
| | | Home | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Sport Equipment | | 100.00 |
| | | Home | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance | | 0.00 |
| | | Home | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Shares (Stephen Beals PLC) | | 0.00 |
| | | Home | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:02 - 30464-302Y-*****

In re   Stephen James Beals                                    Case No.   14-54574
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 Chevy Silverado Home | | 9,000.00 |
| | | 1997 Jeep Grand Cherokee Home | | 659.00 |
| 26.  Boats, motors, and accessories. | | 2013 Harley-Davidson Wide Glide Home | | 14,129.00 |
| | | 2013 Yamaha R6 Home | | 7,400.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:02 - 30464-302Y-*****

In re   Stephen James Beals                                    Case No.   14-54574
_____                                        _____
                **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

                                    _____0_____  continuation sheets attached     Total     $        32,746.49

                                    (Include amounts from any continuation
                                    sheets attached. Report total also on
                                    Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:02 - 30464-302Y-*****

In re   Stephen James Beals                                      Case No.   14-54574
         **Debtor**                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                        $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash | C.C.P. 703.140(b)(5) | 0.00 | 0.00 |
| Checking Account (#5819) | C.C.P. 703.140(b)(5) | 253.49 | 253.49 |
| Misc. Furniture (no single item worth more than $550.00) | C.C.P. 703.140(b)(3) | 550.00 | 550.00 |
| DVD | C.C.P. 703.140(b)(3) | 25.00 | 25.00 |
| TV | C.C.P. 703.140(b)(3) | 50.00 | 50.00 |
| Linens | C.C.P. 703.140(b)(3) | 10.00 | 10.00 |
| China | C.C.P. 703.140(b)(3) | 20.00 | 20.00 |
| Personal Computer | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| Appliances | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| Wearing Apparel | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |
| Jewelry | C.C.P. 703.140(b)(4) | 50.00 | 50.00 |
| Sport Equipment | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| 2011 Chevy Silverado | C.C.P. 703.140(b)(2)<br>C.C.P. 703.140(b)(5) | 5,100.00<br>3,900.00 | 9,000.00 |
| 1997 Jeep Grand Cherokee | C.C.P. 703.140(b)(5) | 659.00 | 659.00 |
| 2013 Harley-Davidson Wide Glide | C.C.P. 703.140(b)(5) | 0.00 | 14,129.00 |
| 2013 Yamaha R6 | C.C.P. 703.140(b)(5) | 7,400.00 | 7,400.00 |
| Life Insurance | C.C.P. 703.140(b)(7) | 0.00 | 0.00 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:02 - 30464-302Y-*****

In re __Stephen James Beals_____,    Case No __14-54574_____
    **Debtor**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xx8344<br><br>Harley Davidson Financial Services<br>P O Box 21968<br>Carson City, Nv 89721-1968 | | | Security: 2013 Harley-Davidson Wide Glide<br><br><br>VALUE $        14,129.00 | | | | 22,655.00 | 8,526.00 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114-0326 | | | Lien: Tax Lien<br>Security: personal property<br><br><br>VALUE $        18,617.49 | | | | 18,617.49 | 0.00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

__0__ continuation sheets attached

| | | | |
|---|---|---|---|
| Subtotal ▷<br>(Total of this page) | $ | 41,272.49 | $ | 8,526.00 |
| Total ▷<br>(Use only on last page) | $ | 41,272.49 | $ | 8,526.00 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:02 - 30464-302Y-*****

In re ___Stephen James Beals_____,     Case No. ___14-54574_____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:02 - 30464-302Y-*****

**B6E (Official Form 6E) (04/13) - Cont.**

In re  Stephen James Beals_____.     Case No.  14-54574_____
                Debtor                                                      (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2__  **continuation sheets attached**

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.. ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:02 - 30464-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)     Sec. 507(a)(1)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8578<br><br>Jennifer Lyn Beals<br>c/o Monterey County DCSS<br>P O Box 2059<br>Salinas, Ca 93902 | | | Consideration: Custodial Parent | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. 8578<br><br>Monterey County DCSS<br>P O Box 2059<br>Salinas, CA 93902 | | | Consideration: past due child support | | | | 14,129.00 | 14,129.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal** (Totals of this page) | $ 14,129.00 | $ 14,129.00 | $ 0.00 |
| **Total** (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| **Totals** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:02 - 30464-302Y-*****

In re Stephen James Beals _____ ,     Case No. 14-54574 _____
_____
            **Debtor**                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)       Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Internal Revenue Service <br> Centralized Insolvency Operations <br> P O Box 21126 <br> Philadelphia, PA 19114-0326 | | | Consideration: past due taxes | | | | 110,175.04 | 97,782.56 | 12,392.48 |
| ACCOUNT NO. <br><br> State of Calif <br> Franchise Tax Board <br> P.O. Box 942867 <br> Sacramento, CA 94267 | | | Consideration: past due taxes | | | | 29,000.00 | 25,000.00 | 4,000.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ▷ (Totals of this page) | $ 139,175.04 | $ 122,782.56 | $ 16,392.48 |
| Total ▷ (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ 153,304.04 | | |
| Totals ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 136,911.56 | $ 16,392.48 |

*Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:03 - 30464-302Y-*****

In re    Stephen James Beals                                ,          Case No.    14-54574
       **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1150 <br><br> Affiliated Acceptance Corp <br> P O Box 790001 <br> Sunrise Beach, Mi 65079 | | | Consideration: Kugtar Mixed Martial Arts Academy | | | | 757.30 |
| ACCOUNT NO. <br><br> Amex <br> P O Box 3001 <br> 16 General Warren Blvd. <br> Malvern, PA 19355 | | | Consideration: From Credit Report | | | | Notice Only |
| ACCOUNT NO. <br><br> Capital One NA <br> P O Box 30273 <br> Slat Lake City, UT 84130 | | | Consideration: From Credit Report | | | | Notice Only |
| ACCOUNT NO.  xx-0803 <br><br> Capital One Retail Services <br> Yamaha <br> P O Box 60504 <br> City of Industry, Ca 91716-0504 | | | Consideration: Credit Card Debt (Unsecured) | | | | 8,699.00 |

   4    continuation sheets attached                                   Subtotal ⊳ | $ | 9,456.30

Total ⊳ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:03 - 30464-302Y-*****

In re    Stephen James Beals_____,        Case No. ___14-54574_____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Captial One<br>P O Bos 30285<br>Salt Lake City, UT 84130 | | | Consideration: From Credit Report | | | | Notice Only |
| **ACCOUNT NO.** 2530<br>Chase<br>P O Box 15298<br>Wilmington, DE 19850 | | | Consideration: From Credit Report | | | | Notice Only |
| **ACCOUNT NO.**<br>Chase<br>P O Box 24696<br>Columbus, OH 43224 | | | Consideration: From Credit Report | | | | Notice Only |
| **ACCOUNT NO.**<br>Citi<br>P O Box 20363<br>Kansas City, Mo 664195 | | | Consideration: From Credit Report | | | | Notice Only |
| **ACCOUNT NO.** various accounts<br>Cmre Financial Service<br>3075 Imperial Hwy Ste 200<br>Brea, Ca 92821 | | | Consideration: UCSF-Dermato/Path Srvces Med<br>#9288 /#4823 | | | | 553.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:03 - 30464-302Y-*****

Sheet no.  1 __ of  4 ___continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  | $ | 553.00
Total▷  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   Stephen James Beals                                   ,          Case No.    14-54574
   **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  various accounts<br><br>Credit Consulting Service<br>P O Box 5879<br>Salinas, Ca  93915 | | | Consideration: From Credit Report<br>#9010-Central Coast Imaging<br>#1028-Alexander T Holmes,MD<br>#2568-Salinas Valley Radiologist<br>#7091-Monterey County Clinics | | | | 1,094.00 |
| ACCOUNT NO.  xx8438<br><br>Ford Motor Credit<br>P O Box 542000<br>Omaha, NE 68154 | | | Consideration: For deficiancy claim only | | | | 0.00 |
| ACCOUNT NO.  xx3409<br><br>GM Financial<br>P O Box 181145<br>Arlington, Tx 76096 | | | Consideration: Deficiancy claim only | | | | Notice Only |
| ACCOUNT NO.<br><br>GMAC<br>P O Box 12699<br>Glendale, Az 85318 | | | Consideration: From Credit Report | | | | Notice Only |
| ACCOUNT NO.  xx0581<br><br>Great Lakes<br>P O Box 530229<br>Atlanta, Ga 30353-0229 | | | Consideration: US Department of Education | | | | 63,682.00 |

Sheet no.  2   of  4    continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $        64,776.00

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Stephen James Beals_____,   Case No. ___14-54574_____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Monterey Credit Union<br>P O Box 3288<br>Monterey, CA 93942-3288 | | | Consideration: From Credit Report | | | | Notice Only |
| ACCOUNT NO. 1421<br><br>Pacific Credit Services<br>P O Box 339<br>Watsonville, Ca 95077 | | | Consideration: Dr David C Awerbuck | | | | 352.00 |
| ACCOUNT NO. various accounts<br><br>Rash Curtis & Assoc<br>190 S Orchard Ave Ste A2<br>Vacaville, Ca 95688 | | | Consideration: Community Hospital Monterey<br>#1370 /#1368 /#8489 /#7092 /#8491 / #8490 /#1369 /#8492 | | | | 24,335.00 |
| ACCOUNT NO.<br><br>Sears/cbna<br>P O Box 6189<br>Sioux Falls, SD 57117 | | | Consideration: From Credit Report | | | | Notice Only |
| ACCOUNT NO. various accounts<br><br>True North<br>100 Wood Hollow Dr<br>Novato, Ca 94945 | | | Consideration: From Credit Report<br>#6560 /#6411 | | | | 12,427.00 |

Sheet no. _3_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $ 37,114.00

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:03 - 30464-302Y-*****

In re ___Stephen James Beals_____,     Case No. ___14-54574_____
          **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>US Department of Education<br>P O Box 16448<br>Saint Paul, MN 55116 | | | Consideration: From Credit Report | | | | Notice Only |
| ACCOUNT NO.<br><br>US Department of Education<br>P O Box 7860<br>Madison, Wi 53707 | | | Consideration: Student Loan (Great Leakes) | | | | Notice Only |
| ACCOUNT NO.  8501<br><br>Verilease Technology Finance<br>P O Box 4446<br>Troy, Mi 48099-4446 | | | | | | | 196.25 |
| ACCOUNT NO.  9894<br><br>Wells Fargo<br>P O Box 29704<br>Phoenix, Az 85038 | | | Consideration: From Credit Report | | | | Notice Only |
| ACCOUNT NO.<br><br>Wfhm<br>Wachovia Mortgage<br>P O Box 659558<br>San Antonio, Tx 78265 | | | Consideration: From Credit Report | | | | Notice Only |

Sheet no. __4__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | 196.25

Total ▷ | $ | 112,095.55

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:03 - 30464-302Y-*****

In re ___Stephen James Beals_____    Case No. _____14-54574_____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　　　Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑　　Check this box if debtor has no executory contracts or unexpired leases.

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:03 - 30464-302Y-*****

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In re  Stephen James Beals                                    Case No.    14-54574
_____                              _____
          **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:03 - 30464-302Y-*****

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:05 - 30464-302Y-*****

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Stephen James Beals |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Northern    District of CA |
| Case number (If known) | 14-54574 |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form ■ 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Lawyer | |
| Employer's name | Stephen Beals PLC | |
| Employer's address | P O Box 223399 | |
| | Number   Street | Number   Street |
| | Carmel, Ca 93922 | |
| | City    State  ZIP Code | City    State  ZIP Code |
| How long employed there? | 10 years | |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 13,000.00 | $ N.A. |
| 3. | Estimate and list monthly overtime pay. | 3. + $ 0.00 | + $ N.A. |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 13,000.00 | $ N.A. |

Case: 14-54574    Doc# 16    Filed: 12/15/14    Entered: 12/15/14 18:07:38    Page 19 of 24

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **Copy line 4 here** ............................................... ■ 4. | $ 13,000.00 | $ N.A. |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N.A. |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N.A. |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N.A. |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N.A. |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N.A. |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N.A. |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N.A. |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ N.A. |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ N.A. |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 13,000.00 | $ N.A. |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 8a. | $ 0.00 | $ N.A. |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N.A. |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N.A. |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N.A. |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N.A. |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ 0.00 | $ N.A. |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N.A. |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ N.A. |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ N.A. |
| 10. **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 13,000.00 + | $ N.A. = $ 13,000.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12. $ 13,000.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

[X] No.

[ ] Yes. Explain: _____

Case: 14-54574    Doc# 16    Filed: 12/15/14    Entered: 12/15/14 18:07:38    Page 20 of 24

**Fill in this information to identify your case:**

Debtor 1  Stephen James Beals
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Northern  District of  CA

Case number  14-54574
(if known)

Check if this is:

☐ An amended filing

☒ A supplement showing post-petition chapter 13 expenses as of the following date:
11/13/2014
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form ■ 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
| --- | --- |

**1. Is this a joint case?**

☒ No.  Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☒ No

☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☒ No

☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form ■ 6I.)

| | | | Your expenses |
| --- | --- | --- | --- |
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $  1,800.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $  0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $  25.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $  0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $  0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-868 - Monday, December 15, 2014, at 17:49:05 - 30464-302Y-*****

| | | Your expenses |
|---|---|---|

5.  **Additional mortgage payments for your residence**, such as home equity loans    5.   $_____0.00_____

6.  **Utilities:**

    6a.  Electricity, heat, natural gas    6a.  $_____75.00_____

    6b.  Water, sewer, garbage collection    6b.  $_____75.00_____

    6c.  Telephone, cell phone, Internet, satellite, and cable services    6c.  $_____100.00_____

    6d.  Other. Specify: _____    6d.  $_____0.00_____

7.  **Food and housekeeping supplies**    7.   $_____385.00_____

8.  **Childcare and children's education costs**    8.   $_____350.00_____

9.  **Clothing, laundry, and dry cleaning**    9.   $_____0.00_____

10.  **Personal care products and services**    10.  $_____0.00_____

11.  **Medical and dental expenses**    11.  $_____200.00_____

12.  **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.  $_____175.00_____

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.  $_____0.00_____

14.  **Charitable contributions and religious donations**    14.  $_____0.00_____

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance    15a.  $_____25.00_____

    15b.  Health insurance    15b.  $_____435.00_____

    15c.  Vehicle insurance    15c.  $_____150.00_____

    15d.  Other insurance. Specify:_____    15d.  $_____0.00_____

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: ____Personal_____ _____    16.  $_____1,800.00_____

17.  **Installment or lease payments:**

    17a.  Car payments for Vehicle 1    17a.  $_____0.00_____

    17b.  Car payments for Vehicle 2    17b.  $_____0.00_____

    17c.  Other. Specify:_____ _____    17c.  $_____0.00_____

    17d.  Other. Specify:_____ _____    17d.  $_____0.00_____

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted
from your pay on line 5, Schedule I, Your Income (Official Form ▮ 6I).**    18.  $_____3,205.00_____

19.  **Other payments you make to support others who do not live with you.**
Specify:_____    19.  $_____0.00_____

20.  **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a.  Mortgages on other property    20a.  $_____0.00_____

    20b.  Real estate taxes    20b.  $_____0.00_____

    20c.  Property, homeowner's, or renter's insurance    20c.  $_____0.00_____

    20d.  Maintenance, repair, and upkeep expenses    20d.  $_____0.00_____

    20e.  Homeowner's association or condominium dues    20e.  $_____0.00_____

Case: 14-54574    Doc# 16    Filed: 12/15/14    Entered: 12/15/14 18:07:38    Page 22 of 24

21.  **Other**. Specify: _____ _____      21.  +$ _____ 0.00

22.  **Your monthly expenses.** Add lines 4 through 21.      22.  $ _____ 8,800.00
     The result is your monthly expenses.

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.      23a.  $ _____ 13,000.00

     23b.  Copy your monthly expenses from line 22 above.      23b.  − $ _____ 8,800.00

     23c.  Subtract your monthly expenses from your monthly income.      23c.  $ _____ 4,200.00
           The result is your *monthly net income*.

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     [X]  No.
     [ ]  Yes.      Explain here:

Case: 14-54574      Doc# 16      Filed: 12/15/14      Entered: 12/15/14 18:07:38      Page 23 of 24

**B6 (Official Form 6 - Declaration) (12/07)**

Stephen James Beals

In re _____  Case No. __14-54574__
                **Debtor**                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___25___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __12/15/2014__          Signature: __/s/ Stephen James Beals__
                                                        Debtor

Date _____          Signature: __Not Applicable__
                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,              Social Security No.
of Bankruptcy Petition Preparer                          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                        _____
                                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*